NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESET, LLC, ESET SPOL S.R.O.,**
*Appellants*

**v.**

**FINJAN, INC.,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-1716

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01738.

---

**JUDGMENT**

---

NICOLA ANTHONY PISANO, Eversheds Sutherland (US) LLP, San Diego, CA, for appellants.  Also represented by JUSTIN EDWIN GRAY, JOSE L. PATINO.

JAMES R. HANNAH, Kramer Levin Naftalis & Frankel LLP, Menlo Park, CA, for appellee. Also represented by PAUL J. ANDRE; JEFFREY PRICE, New York, NY.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, MAUREEN DONOVAN QUELER.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 11, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court